UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| APRIL CORTEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09-cv-725 |
| | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S NOTICE REGARDING AUTHORITY CITED IN ITS MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS COMPLAINT**

On January 7, 2010, Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), by counsel, submitted its Motion to Dismiss Plaintiff's Complaint and Memorandum in Support of its Motion to Dismiss. (Doc. Nos. 10 and 11). In its memorandum, Wal-Mart cited and relied in part on a case decided by the Second Circuit − *Shady Grove Orthopedic Assocs., P.A. v. Allstate Ins. Co.,* 549 F.3d 137 (2nd Cir.) *cert. granted* (2008) − and requested a stay of this matter pending the United States Supreme Court's decision. On March 31, 2010, the Supreme Court issued a split 4-1-4 decision reversing the Second Circuit. *Shady Grove Orthopedic Assocs., P.A. v. Allstate, Ins. Co.*, 2010 U.S. LEXIS 2929 (U.S. March 31, 2010) ("*Shady Grove*").

In *Shady Grove,* the Supreme Court allowed a diversity jurisdiction federal court class action to proceed under Federal Rule of Civil Procedure 23 despite that a New York state statute would bar the class in state court. Accordingly, Wal-Mart hereby withdraws its request for a stay. The parties' agreed-to stay to mediate the case remains in effect (Doc. No. 12), and this case has been transferred to a United States Magistrate Judge for

mediation. (Doc. No. 14). This Notice is intended, in no other way, to affect Wal-Mart's Motion to Dismiss or prayer for relief in the same.

        Respectfully submitted,

        WAL-MART STORES, INC.

        /s/ James F. Neale

        By Counsel

        Jonathan P. Harmon (VSB # 39081)
        K. Lorraine Lord (VSB # 40561)
        MCGUIREWOODS LLP
        One James Center
        901 E. Cary Street
        Richmond, VA  23219-4030
        (804) 775-1000 (Telephone)
        (804) 775-1061 (Facsimile)
        jharmon@mcguirewoods.com
        llord@mcguirewoods.com

        James F. Neale (VSB # 43060)
        MCGUIREWOODS LLP
        Court Square Building
        310 Fourth Street, N.E., Suite 300
        Post Office Box 1288
        Charlottesville, VA  22902-1288
        (434) 977-2500 (Telephone)
        (434) 980-2263 (Facsimile)
        jneale@mcguirewoods.com

**CERTIFICATE OF SERVICE**

      I certify that on April 5, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following counsel:

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Road
Suite 600
Alexandria, VA  22314
(703) 273-7770 (Telephone)
(888) 892-3512 (Facsimile)
matt@clalegal.com

Leonard Bennett
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 100
Newport News, VA  23606
(757) 930-3660 (Telephone)
(757) 930-3662 (Facsimile)
lenbennett@clalegal.com

*Counsel for Plaintiff*

/s/ James F. Neale

MCGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E., Suite 300
Post Office Box 1288
Charlottesville, VA  22902-1288
(434) 977-2500 (Telephone)
(434) 980-2263 (Facsimile)
jneale@mcguirewoods.com

*Counsel for Wal-Mart Stores, Inc.*

\11014349.3